BEFORE THE FIRST DIVISION, NOVEMBER 17, 1955

**No. 59441.**—Taub, Hummel & Schnall, Inc., a/c Theil Schoen Co. *v.* United States, protest 234701–K (New York).

Opinion by OLIVER, C. J. It was stipulated that the merchandise consists of alabaster glass beads similar in all material respects to those the subject of *Eitinger Bead Co., Inc.* v. *United States* (17 Cust. Ct. 56, C. D. 1020). The claim at 35 percent under paragraph 1503 was therefore sustained.

**No. 59442.**—Ira Furman Co. *v.* United States, protest 256617–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of toy pianos similar in all material respects to those the subject of *Langfelder, Homma & Carroll, Inc.* v. *United States* (32 Cust. Ct. 281, C. D. 1614), the claim of the plaintiff was sustained.

**No. 59443.**—Rohner Gehrig & Co., Inc., and Ro Art Linen Co. *v.* United States, protest 257970–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of hot plate mats of wood the same in all material respects as those the subject of Abstract 57261, the claim of the plaintiffs was sustained.

**No. 59444.**—Camera Specialty Co., Inc., and Rohner Gehrig & Co., Inc. *v.* United States, protest 260312–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the repairs to the lenses involved are similar in all material respects to those the subject of *Camera Specialty Co., Inc.*, and *Rohner Gehrig & Co., Inc.* v. *United States* (34 Cust. Ct. 27, C. D. 1672), the claim of the plaintiffs was sustained.